

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-370-CV

PETER MOENICKHEIM                                                    APPELLANT

V.

T.C. LOAN SERVICES, LLC AND                                         APPELLEES
KENNETH REES

----------

## FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MEIER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED:  March 4, 2010

---

[1] *See* Tex. R. App. P. 47.4.